# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHERMER, BARRY S. | US BANKRUPTCY COURT ED MO | 04/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

111 South Tenth Street
Fifth Floor North
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 04/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | May 2013 | Washington University School of Law: compensation for teaching | $1,500.00 |
| 2. | Dec 2013 | Washington University School of Law: compensation for teaching | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Bar of Southern Florida | May 9-10, 2013 | Palm Beach, FL | Education Program | transportation, housing, meals |
| 2. | Nat'l Conf of Bankruptcy Judge | April 8-9, 2013 | Phoenix, AZ | Education Program | transportation, housing, meals |
| 3. | National Conf of Bankruptcy Judges | October 29-November 2, 2013 | Atlanta, GA | Education Program | transportation, housing, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 04/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company Common | B | Div | K | T | | | | | |
| 2. Bank of America | A | Int | J | T | | | | | |
| 3. Reinsurance Group, Inc. | A | Div | K | T | | | | | |
| 4. Northern European Royalty Trust | C | Dividend | L | T | | | | | |
| 5. VanGuard Prime Money Market Fund | A | Dividend | M | T | | | | | |
| 6. Cardinal Financial | | None | J | T | | | | | |
| 7. Sirus Corp. | | None | K | T | | | | | |
| 8. Capital One 360 (purchased ING Direct (Bank)) | B | Interest | M | T | | | | | |
| 9. General Electric Retail Bank (purchased Met Life Bank) | A | Interest | M | T | | | | | |
| 10. Emigrant Direct | A | Interest | M | T | | | | | |
| 11. Brentwood Missouri Trans Bond | A | Dividend | | | Sold | 07/24/13 | K | A | Market |
| 12. Brentwood Missouri Tax Bond | A | Dividend | | | Sold | 07/24/13 | J | A | Market |
| 13. Brentwood Missouri Tax Increment Bond | B | Dividend | | | Sold | 07/24/13 | K | A | Market |
| 14. California State Bond | B | Dividend | K | T | | | | | |
| 15. Nuveen Multi Currency Bond | A | Interest | J | T | | | | | |
| 16. Barclays Bank PLC Bond | B | Interest | | | Sold | 06/12/13 | K | A | Market |
| 17. Vanguard High Yield Tax Exempt Bond | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Inter-Term Tax Excempt Bond | A | Interest | K | T | | | | | |
| 19. Vanguard Prime Cap Core Fund | A | Interest | J | T | | | | | |
| 20. Bristol Meyers Squibb Common | A | Dividend | J | T | | | | | |
| 21. CH Energy Group Common | A | Dividend | K | T | | | | | |
| 22. Coca Cola Company | A | Dividend | J | T | | | | | |
| 23. Kinder Morgan Mgmt. Common | A | Dividend | J | T | | | | | |
| 24. Lee Enterprises Common | A | Dividend | | | Sold | 06/12/13 | J | | Market (loss) |
| 25. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 26. 3M Co. Common | A | Dividend | J | T | | | | | |
| 27. Plum Creek Timber Company Common | A | Dividend | J | T | | | | | |
| 28. GE Cap Corp. Note | A | Interest | K | T | | | | | |
| 29. Vanguard Prime Money Mkt. Fund | A | Interest | M | T | | | | | |
| 30. Bank of America Ch Acct. | A | Interest | J | T | | | | | |
| 31. Berkshire Hathaway | | None | M | T | | | | | |
| 32. Central Vermont Public Service | A | Dividend | J | T | | | | | |
| 33. Dell, Inc. | A | Dividend | J | T | | | | | |
| 34. General Electric Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Honeywell Intl | A | Dividend | J | T | | | | | |
| 36. Howard Hughes Corp. | A | Dividend | J | T | | | | | |
| 37. IBM Corp. | B | Dividend | L | T | | | | | |
| 38. Loews Corp. | A | Dividend | K | T | | | | | |
| 39. MicroSoft Corp. | A | Dividend | J | T | | | | | |
| 40. Nextera Energy, Inc. | A | Dividend | J | T | | | | | |
| 41. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 42. Vanguard Prime Money Market Fund | A | Dividend | M | T | | | | | |
| 43. Vanguard High Yield Tax Exempt Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHERMER, BARRY S. | 04/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BARRY S. SCHERMER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544